AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF **NEW JERSEY**

**TRAVELODGE HOTELS, INC.**

V.

**RAVIN HOTELS & INVESTMENTS, LLC, GIRDHARI SANKAR and JEYASELVAN KANAGASABAPATHY**

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

6:13-mc-18-0rl-36TBS

Case Number: 11-cv-2503 (WJM)(MF)

I, _William T. Walsh_, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _12/20/12_, Date, as it appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

_Jan. 24, 2013_
Date

**WILLIAM T. WALSH**
Clerk

_(signature)_
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

| Print | Save As | Export as PDF | Print | Reset |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRAVELODGE HOTELS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **RAVIN HOTELS & INVESTMENTS, LLC**, *et al.*, <br><br> Defendants. | Civ. No. 2:11-02503 (WJM) <br><br> **ORDER & JUDGMENT** |

**THIS MATTER** comes before the Court on Plaintiff's unopposed motion for default judgment against Girdhari Sankar and Jeyaselvan Kanagasabapathy ("Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2). On July 20, 2012, the Honorable Mark Falk recommended that the Court enter default against Defendants based on a failure prosecute. ECF No. 14. On August 15, 2012, the Court adopted Judge Falk's opinion and ordered that default be entered against Defendants. ECF No. 17. Plaintiff now moves the Court to enter judgment pursuant to Federal Rule of Civil Procedure 55(b) in the amount of $457,364.34. The Court finds that Plaintiff has submitted sufficient evidence to support its request for damages, and has submitted a reasonable request for attorneys' fees and costs in accordance with Local Civil Rules 54.1 and 54.2.

1

For the foregoing reasons and for good cause shown;

**IT IS** on this 19th day of December 2012, hereby,

**ORDERED** that final judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of $457,601.14, comprised of the following:

(1) $51,822.30 in recurring fees (including prejudgment interest);

(2) $396,573.75 in liquidated damages (including prejudgment interest); and

(3) $9,205.09 in attorneys' fees and costs.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____
Deputy Clerk

2