UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POSER INVESTMENTS, INC.,

    Plaintiff,

v.                                                          Case No:   6:13-mc-18-Orl-36TBS

RAVIN HOTELS & INVESTMENTS, LLC,
GIRDHARI SANKAR and JEYASELVAN
KANAGASABAPATHY,

    Defendants.

_____

## ORDER

Pending before the Court is Judgment Creditor's Motion for Charging Order

Against Sun Hospitality Inn, LLC, JLM Hotels, LLC d/b/a Sun Inn and Suites, JL

Hospitality Management, LLC, and JL Hotel Management, LLC (Doc. 7). The motion

relies upon unsworn averments of fact and unauthenticated documents. The Court has

examined FLA. STAT. §§ 605.0503 and 726.108 and finds that they do not specify the

quantum of proof necessary to obtain a charging order under Florida law. Still, the Court

requires more than Plaintiff has provided. Accordingly, Plaintiff's motion is **DENIED**

**without prejudice**.

    **DONE** and **ORDERED** in Orlando, Florida on January 25, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties