UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POSER INVESTMENTS, INC.,

    Plaintiff,

v.     Case No:   6:13-mc-18-Orl-36TBS

RAVIN HOTELS & INVESTMENTS, LLC,
GIRDHARI SANKAR and JEYASELVAN
KANAGASABAPATHY,

    Defendants.

## CHARGING ORDER

Pending before the Court is the Judgment Creditor's Renewed Verified Motion for Charging Order Against Sun Hospitality Inn, LLC; JLM Hotels LLC d/b/a/ Sun Inn and Suites; JL Hospitality Management, LLC; and JL Hotel Management, LLC (Doc. 9). No opposition has been filed and the time for doing so has expired. Upon review, the motion is **GRANTED, in part.**

### Background

On December 19, 2012, the United States District Court for the District of New Jersey entered an Order & Judgment in favor of Plaintiff Travelodge Hotels, Inc. and against Defendants Girdhari Sankar and Jeyaselvan Kanagasabapathy, jointly and severally, in the amount of $457,601.14 (Doc. 1 at 2). On February 21, 2013, Travelodge registered the judgment here (Doc. 1). Subsequently, Poser Investments, Inc. ("Poser"), as assignee of the judgment, was substituted in the place of Travelodge Hotels, Inc. (Docs. 5, 6). The Order & Judgment and Assignment of Judgment were recorded in the Official Records of Duval County, Florida and the Official Records of Osceola County,

Florida, and a judgment lien certificate has been filed with the Florida Department of State. According to the verified motion, the judgment remains uncollected and unsatisfied (Doc. 9 at 2).

## Discussion

Poser seeks the issuance of a charging order against the interest of Judgment Debtor Jeyaselvan Kanagasabapathy ("Kanagasabapathy") in four limited liability companies: Sun Hospitality Inn, LLC; JLM Hotels, LLC d/b/a Sun Inn and Suites; JL Hospitality Management, LLC; and JL Hotel Management, LLC. In support, Poser tenders the Affidavit of attorney Zachary D. Ludens (Doc. 9-1), to authenticate documents retrieved from the Florida Department of State Division of Corporations' Sunbiz.org website. Under Florida law:[1]

> (1) On application to a court of competent jurisdiction by a judgment creditor of a member or a transferee, the court may enter a charging order against the transferable interest of the member or transferee for payment of the unsatisfied amount of the judgment with interest. Except as provided in subsection (5), a charging order constitutes a lien upon a judgment debtor's transferable interest and requires the limited liability company to pay over to the judgment creditor a distribution that would otherwise be paid to the judgment debtor.

FLA. STAT. § 605.0503(1) (2014). Upon review of the motion and public records, the Court finds as follows:

*Sun Hospitality Inn, LLC*

According to Mr. Ludens' affidavit and attachments, on November 17, 2016, the Electronic Articles of Organization for Florida Limited Liability Company for Sun

---

[1] Pursuant to Federal Rule of Civil Procedure 69, the "procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." FED. R. CIV. P. 69(a)(1).

Hospitality Inn, LLC were filed, listing Kanagasabapathy, along with two others, as persons authorized to manage the company (Doc. 9-1 at 9-10). On or about November 29, 2016, the Articles of Amendment to Articles of Organization for Sun Hospitality Inn, LLC were filed, removing the two other individuals, Selvakumar Kanagasabai and Apputhury Praisoody, as managers of Sun Hospitality Inn, LLC (Doc. 9-1, 15-17). On April 20, 2017, the 2017 Florida Limited Liability Company Annual Report for Sun Hospitality Inn, LLC was filed, which was executed by Kanagasabapathy as manager of Sun Hospitality Inn, LLC. (Doc. 9-1,at 19; Ludens Aff. ¶ 6).[2] Poser argues that, as such, Kanagasabapathy is currently the manager of and holds an ownership interest in Sun Hospitality Inn, LLC.

The motion is **granted, with respect to this entity.** While the extent of Kanagasabapathy's ownership interest in the entity is unclear, Poser is entitled to the relief it seeks. As to Jeyaselvan Kanagasabapathy's transferable interest (if any) in Sun Hospitality Inn, LLC. **Sun Hospitality Inn, LLC** is ordered to pay to Poser Investments, Inc. the present and future shares of any and all distributions due to Kanagasabapathy, until the judgment is satisfied in full. **This Charging Order is effective upon the date of entry herein.**

*JLM Hotels, LLC d/b/a Sun Inn and Suites*

On April 21, 2006, the Electronic Articles of Organization for Florida Limited Liability Company for JLM Hotels, L.L.C were filed, listing Jeyaselvan Kana as the manager of JLM Hotels, L.L.C. (Doc. 9-1 at 21-11: Ludens Aff. ¶ 8). Mr. Ludens states that, "[o]n January 29, 2018, through my own personal investigation and using a public

---

[2] Poser argues that "Kanagasabapathy was left as the sole remaining member of Sun Hospitality, LLC." I cannot conclude as much on the limited information provided. The registration does not list members (nor is such required for registration in Florida).

records database, I located a list of aliases for Kanagasabapathy" and "[o]ne of those aliases is Jeyaselvan Kana." (Ludens Aff. ¶7).

On April 19, 2011, the 2011 Limited Liability Company Annual Report for JLM Hotels, L.L.C. was filed, which listed Jeyaselvan Kana as MGR and "Owne." (Doc. 9-1 at 24). On March 20, 2012, the 2012 Limited Liability Company Annual Report for JLM Hotels, L.L.C. was filed, which Jeyaselvan Kana executed as MGR and "Owne" of JLM Hotels, L.L.C. (Doc. 9-1 at 26). On April 29, 2013, the 2013 Florida Limited Liability Company Annual Report for JLM Hotels, L.L.C. was filed, which Jeyaselvan Kana executed as MGR and "MFRM" of JLM Hotels, L.L.C. (Doc. 9-1 at 28; Ludens Aff. ¶ 11). On April 29, 2014, the 2014 Florida Limited Liability Company Annual Report for JLM Hotels, L.L.C. was filed, which Jeyaselvan Kana executed as MGR of JLM Hotels, L.L.C. (Doc. 9-1 at 30). On April 27, 2015, the 2015 Florida Limited Liability Company Annual Report for JLM Hotels, L.L.C. was filed, which Jeyaselvan Kana executed as MGR of JLM Hotels, L.L.C. (Doc. 9-1 at 32).

On April 25, 2016, an Application for Registration of Fictitious Name for "Sun Inn and Suites" was filed, executed by Kanagasabapathy as owner of the fictitious name. (Doc. 9-1 at 34). The registration lists the mailing address of the business as 5020 W Irlo Bronson Memorial Hwy, Kissimmee, FL 34746–the same address listed on all annual reports for JLM Hotels, L.L.C. (Id.)

On April 29, 2016, the 2016 Florida Limited Liability Company Annual Report for JLM Hotels, L.L.C. was filed, which Jeyaselvan Kana executed as MGR of JLM Hotels, L.L.C. (Doc. 9-1 at 36). On April 20, 2017, the 2017 Florida Limited Liability Company Annual Report for JLM Hotels, L.L.C. was filed, which Jeyaselvan Kana executed as MGR of JLM Hotels, L.L.C. (Doc. 9-1 at 38).

Poser argues that, based upon the foregoing and upon information and belief, Kanagasabapathy is currently the manager of and holds an ownership interest in JLM Hotels, L.L.C. d/b/a Sun Inn and Suites. On review, the Court is not persuaded. The records reflect that Kanagasabapathy is the owner of a fictitious name and Jeyaselvan Kana is the manager of JLM Hotels, LLC. While Ludens states that he "locate[d] a list of aliases," for Kanagasabapathy which includes Kana, no such list is tendered, nor has the provenance of such a list been established, other than arising from a general "investigation" and reference to unspecified "public databases." On this showing, the Court cannot find that Jeyaselvan Kana and Jeyaselvan Kanagasabapathy are one and the same. The motion as to JLM Hotels, LLC is **DENIED, without prejudice to renewal upon a fuller showing.**

*JL Hospitality Management, LLC*

On November 19, 2015, the Electronic Articles of Organization for Florida Limited Liability Company for JL Hospitality Management, LLC were filed, listing Kanagasabapathy as "AMBR" (authorized member) of JL Hospitality Management, LLC (Doc. 9-1 at 40-41). Annual Reports for JL Hospitality Management, LLC were filed in 2016 and 2017, which Kanagasabapathy executed as authorized member of JL Hospitality Management, LLC (Doc. 9-1 at 42-47). Poser argues that, as such, Kanagasabapathy is currently the authorized member of and holds an ownership interest in JL Hospitality Management, LLC.

The motion is **granted, with respect to this entity.** While the extent of Kanagasabapathy's ownership interest in the entity is unclear, Poser is entitled to the relief it seeks. As to Jeyaselvan Kanagasabapathy's transferable interest (if any) in JL Hospitality Management, LLC. **JL Hospitality Management, LLC.** is ordered to pay to

- 5 -

Poser Investments, Inc. the present and future shares of any and all distributions due to Kanagasabapathy, until the judgment is satisfied in full. **This Charging Order is effective upon the date of entry herein.**

*JL Hotel Management, LLC*

On or about November 19, 2014, the Articles of Organization for JL Hotel Management, LLC were filed, listing Kanagasabapathy as the sole authorized member for JL Hotel Management, LLC. (Doc. 9-1 at 51; Ludens Aff. ¶ 21). On February 3, 2015, the 2015 Florida Limited Liability Company Annual Report for JL Hotel Management, LLC was filed, which Kanagasabapathy executed as the MGRM (managing member) of JL Hotel Management, LLC. (Doc. 9-1 at 54). On September 28, 2016, the 2016 Florida Limited Liability Company Annual Report for JL Hotel Management, LLC was filed, which Kanagasabapathy executed as the managing member of JL Hotel Management, LLC. (Doc. 9-1 at 56). On April 20, 2017, the 2017 Florida Limited Liability Company Annual Report for JL Hotel Management, LLC was filed, which Kanagasabapathy executed as the "AMBR" (authorized member) of JL Hotel Management, LLC. (Doc. 9-1 at 58). Poser argues that, as such, Kanagasabapathy is currently the authorized member of and holds an ownership interest in JL Hotel Management, LLC.

The motion is **granted, with respect to this entity**. While the extent of Kanagasabapathy's ownership interest in the entity is unclear, Poser is entitled to the relief it seeks. As to Jeyaselvan Kanagasabapathy's transferable interest (if any) in JL Hotel Management, LLC. **JL Hotel Management, LLC.** is ordered to pay to Poser Investments, Inc. the present and future shares of any and all distributions due to Kanagasabapathy, until the judgment is satisfied in full. **This Charging Order is effective upon the date of entry herein.**

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties