UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POSER INVESTMENTS, INC.,

    Plaintiff,

v.                                          Case No:   6:13-mc-18-Orl-36TBS

RAVIN HOTELS & INVESTMENTS, LLC,
GIRDHARI SANKAR and JEYASELVAN
KANAGASABAPATHY,

    Defendants.

## ORDER

This matter comes before the Court on the following motions: Judgment Creditor's Ex Parte Motion for Issuance of Writ of Garnishment against PNC Bank, National Association (Doc.39), Judgment Creditor's Ex Parte Motion for Issuance of Writ of Garnishment against Branch Banking and Trust Company (Doc.40), Judgment Creditor's Ex Parte Motion for Issuance of Writ of Garnishment against Regions Bank (Doc.41), Judgment Creditor's Ex Parte Motion for Issuance of Writ of Garnishment against Bank of America Corporation (Doc. 42), and Judgment Creditor's Ex Parte Motion for Issuance of Writ of Garnishment against IBERIABANK (Doc.43).

The motions reference a New Jersey District Court Order and Judgment and movant states: "On April 23, 2013, the Order & Judgment was registered in the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1963 by the filing of the Certification of Judgment for Registration in Another District. See D.E. 1." In fact, the cited document was not filed on April 23, 2013 and does not purport to be a registration of foreign judgment filed in the Southern District of Florida. See Doc. 1.

Additionally, all of the tendered Writs are directed to would-be garnishees at addresses in the Southern District of Florida. The motions fail to explain why these papers empower this Court, located in the *Middle* District of Florida, to issue writs to be served outside of its jurisdictional boundaries. If, as claimed, movant has registered its judgment in the Southern District and seeks to pursue garnishments against residents of that district, its remedy does not lie in this Court.

Now, the motions are **DENIED**.[1]

**DONE** and **ORDERED** in Orlando, Florida on June 20, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

---

[1] Although not relevant to the Court's decision, if counsel refiles these motions, they should first proofread their work product.