UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POSER INVESTMENTS, INC.,

    Plaintiff,

v.                                                      Case No. 6:13-mc-18-Orl-37TBS

RAVIN HOTELS & INVESTMENTS,
LLC; GIRDHARI SANKAR;
JEYASELVAN KANAGASABAPATHY,

    Defendants.

## **ORDER**

Before the Court is U.S. Magistrate Judge Thomas B. Smith's Report issued pursuant to 28 U.S.C. § 636(e)(6)(B)(iii) recommending the Court hold a show cause hearing for Defendant Girdhari Sankar's repeated failure to appear and comply with court orders. (Doc. 56 ("**R&R**").) Magistrate Judge Smith recommends compelling Sankar to appear in-person and show cause why he should not be held in contempt and sanctioned for his conduct. (*Id.* at 4.) If Sankar fails to obey, Magistrate Judge Smith recommends issuing a writ of bodily attachment for execution by the United States Marshal so that Sankar is brought before the Undersigned for the show cause hearing. (*Id.*)

No objections to the R&R were filed, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016);

*see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 56) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Defendant Girdhari Sankar is **ORDERED** to appear before the Undersigned for an in-person show cause hearing regarding his failure to comply with court orders and to address why sanctions, including civil contempt, should not issue. This matter will be heard before the Undersigned on Thursday, December 13, 2018 at 10a.m. in Courtroom 4A of the Orlando Courthouse, 401 W. Central Boulevard, Orlando, Florida, 32801.

3. Failure to appear will result in the Court issuing a writ of bodily attachment for a United States Marshal to bring Defendant Girdhari Sankar before the Court.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 13, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record