UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POSER INVESTMENTS, INC.,

    Plaintiff,

v.                                                                    Case No. 6:13-mc-18-Orl-37TBS

RAVIN HOTELS & INVESTMENTS,
LLC; GIRDHARI SANKAR;
JEYASELVAN KANAGASABAPATHY,

    Defendants.
_____

## ORDER

Before the Court is Judgment Creditor's Notice of Written Accounting Pursuant to Order (D.E. # 63). (Doc. 67 ("**Notice**").) The Notice responds to the Court's Order on December 14, 2018 directing Poser Investments, Inc. ("**Poser**") to submit a written account of its expenses related to Defendant Girdhari Sankar's failure to appear at a scheduled deposition and two show cause hearings. (Doc. 63.) Poser seeks a total of $6,156.89; $5,475.00 for 22.40 hours of attorney time and $681.69 for costs.[1] (Doc. 67, pp. 3–4.) Having reviewed Poser's account (*see id.*), the Court now orders the following expenses taxed against Mr. Sankar:

---

[1] Adding these two figures gives a total of $6,156.69. The Court construes the additional $0.20 as a scrivener's error.

**Attorney Time:**

| DATE | TIME | TOTAL |
|---|---|---|
| 8/14/18 | 3.50 | $840.00 |
| 8/15/18 | 0.70 | $168.00 |
| 8/17/18 | 1.00[2] | $240.00 |
| 10/17/18 | 1.00[3] | $240.00 |
| 10/18/18 | 3.00 | $720.00 |
| 12/3/18 | 0.30[4] | $72.00 |
| 12/12/18 | 0.50[5] | $120.00 |
| 12/13/18 | 3.00[6] | $720.00 |
| **Total** | **6.80** | **$3,120.00** |

**Costs**:

| DATE | AMOUNT |
|---|---|
| 8/15/18 | $37.98 |
| 8/20/18 | $108.49 |
| 9/20/18 | $40.22 |
| 9/27/18 | $125.00 |

---

[2] Modified from 1.90 hours.
[3] Modified from 1.90 hours.
[4] Modified from 1.00 hour.
[5] Modified from 1.50 hours.
[6] Modified from 5.00 hours.

| | |
|---|---|
| 10/8/18 | $32.45 |
| 10/9/18 | $200.00 |
| 10/31/18 | $137.55 |
| **Total** | **$681.69** |

In assessing a reasonable fee against Mr. Sankar, the Court deleted the attorney time entries from 8/13/18, 8/17/18, 9/11/18, 10/20/18, and 12/6/18 from the total; and modified several entries as indicated above. While the hourly rate was reasonable the Court reduced or eliminated certain time entries it found excessive or unnecessary for the assigned task in arriving at a reasonable fee. Thus, the total amount of reasonable costs and fees Mr. Sankar is responsible for is **$3,801.69**.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to tax **$3,801.69** against Defendant Girdhari Sankar and in favor of Judgment Creditor Poster Investments, Inc.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 28, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* party